Osby v Spring Cr. Rehabilitation & Nursing Care Ctr. (2024 NY Slip Op 04330)

Osby v Spring Cr. Rehabilitation & Nursing Care Ctr.

2024 NY Slip Op 04330

Decided on August 28, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on August 28, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

HECTOR D. LASALLE, P.J.
LINDA CHRISTOPHER
WILLIAM G. FORD
LAURENCE L. LOVE, JJ.

2021-07087
 (Index No. 10365/15)

[*1]Tammy Osby, etc., appellant, 
v
Spring Creek Rehabilitation and Nursing Care Center, respondent.

Krentsel Guzman Herbert, LLP (Mischel & Horn, P.C., New York, NY [Scott T. Horn and Christen Giannaros], of counsel), for appellant.
Kaufman Borgeest & Ryan LLP, Valhalla, NY (David Bloom of counsel), for respondent.
In an action, inter alia, to recover damages for medical malpractice, the plaintiff appeals from a clerk's judgment of the Supreme Court, Kings County, entered August 23, 2021. The clerk's judgment, upon an order of the same court (Genine D. Edwards, J.) dated July 1, 2019, granting the defendant's motion for summary judgment dismissing the complaint, is in favor of the defendant and against the plaintiff dismissing the complaint.

DECISION & ORDER
Motion by the respondent to dismiss the appeal pursuant to Bray v Cox (38 NY2d 350) and to impose costs and sanctions upon the appellant. By decision and order on motion of this Court dated February 2, 2022, the motion was held in abeyance and referred to the panel of Justices hearing the appeal for determination upon the argument or submission thereof.
Upon the papers filed in support of the motion and the papers filed in opposition thereto, and upon the argument of the appeal, it is
ORDERED that the branch of the motion which is to dismiss the appeal is granted; and it is further,
ORDERED that the branch of the motion which is to impose costs and sanctions upon the appellant is denied; and it is further,
ORDERED that the appeal is dismissed; and it is further,
ORDERED that one bill of costs is awarded to the respondent.
As a general rule, we do not consider an issue on a subsequent appeal that was raised or could have been raised in an earlier appeal that was dismissed for lack of prosecution, although this Court has the inherent jurisdiction to do so (see NYCTL 1996-1 Trust v 5200 Enters. Ltd., 219 AD3d 617, 619; Kapsis v Peragine, 96 AD3d 804, 805). The plaintiff previously appealed from an order dated July 1, 2019, which granted the defendant's motion for summary judgment dismissing the complaint, but that appeal was deemed dismissed without further action for failure to perfect. [*2]The issues raised by the plaintiff could have been raised on the prior appeal from the order dated July 1, 2019, and we decline to exercise our discretion to determine the merits of the instant appeal from the judgment entered on August 23, 2021 (see Bray v Cox, 38 NY2d 350; NYCTL 1996-1 Trust v 5200 Enters. Ltd., 219 AD3d at 619; Kapsis v Peragine, 96 AD3d at 805).
We decline the defendant's request for the imposition of sanctions against the plaintiff based upon allegedly frivolous conduct on this appeal (see 22 NYCRR 130-1.1[a], [c]; Kapsis v Peragine, 96 AD3d at 805).
LASALLE, P.J., CHRISTOPHER, FORD and LOVE, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court